IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM LEE ANDERSON, II,<br>Plaintiff, | Civil Action No. 7:15-cv-00236 |
| v. | **MEMORANDUM OPINION** |
| PHILIP H. WITHERSPOON, et al.,<br>Defendants. | By: Hon. Michael F. Urbanski<br>United States District Judge |

William Lee Anderson, II, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, naming dentist Dr. Philip H. Witherspoon and the Commonwealth of Virginia as defendants. The Commonwealth of Virginia is not a proper defendant to this action. See, e.g., West v. Atkins, 487 U.S. 42, 48 (1988); Edelman v. Jordan, 415 U.S. 651, 663 (1974). Accordingly, claims against the Commonwealth of Virginia are dismissed pursuant to 28 U.S.C. § 1915A(b)(1), and the Commonwealth of Virginia is terminated as a party. Plaintiff's claims against Dr. Philip H. Witherspoon remain pending before the court.

**ENTER:** This 17th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge