CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM LEE ANDERSON, II, <br>     Plaintiff, | Civil Action No. 7:15-cv-00236 |
| v. | **ORDER** |
| PHILIP H. WITHERSPOON, et al., <br>     Defendants. | By:  Hon. Michael F. Urbanski <br>        United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that claims against the Commonwealth of Virginia are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and the Commonwealth of Virginia is **TERMINATED** as a defendant.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

**ENTER**: This 17th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge