CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2015

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE ANDERSON, II, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00236 |
| v. | ) <br> ) | **ORDER** |
| PHILIP H. WITHERSPOON, et al., <br> Defendants. | ) <br> ) <br> ) | By: Hon. Michael F. Urbanski <br> United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to amend (ECF No. 28) is **GRANTED** in part as to allegations against defendant Dr. Witherspoon and is **DENIED** in part as to proposed defendants "Dental Department," the Virginia Department of Corrections, and T. Coyner; the motion to amend **SHALL** be captioned as "Amended Complaint"; Dr. Witherspoon's motion for summary judgment is **DISMISSED** without prejudice as moot; Plaintiff's motion for an extension of time is **DENIED** as moot; Dr. Witherspoon shall **FILE** an updated motion for summary judgment supported by affidavit(s) that includes the one-page document Plaintiff requested via a motion for discovery (ECF No. 26), unless averred not to be within Dr. Witherspoon's possession, custody, or control, and addresses the amended complaint (ECF No. 28) within thirty days, pursuant to Standing Order 2013-6; and Plaintiff's motion for discovery (ECF No. 26) is **DENIED** without prejudice.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 30th day of November, 2015.

United States District Judge