CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE ANDERSON, II, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00236 |
| v. | ) <br> ) | ORDER |
| PHILIP H. WITHERSPOON, et al., <br> Defendants. | ) <br> ) <br> ) | By: Hon. Michael F. Urbanski <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motions to consider specific exhibits (ECF Nos. 39, 40) are **GRANTED in part**; Plaintiff's motion for summary judgment (ECF No. 43) is **DENIED without prejudice**; Dr. Witherspoon's motion for summary judgment (ECF No. 32) is **DENIED without prejudice**; Dr. Witherspoon shall file a motion for summary judgment supported by affidavit(s) within thirty days pursuant to Standing Order No. 2013-6; and this matter is **REFERRED** to United States Magistrate Joel C. Hoppe for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 28th day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge